IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Andre Covington,                              )
                                              )
              Petitioner,                     )
                                              )
vs.                                           )        Civil Action No.: 1:11-cv-2231-TLW-SVH
                                              )
United States of America,                     )
                                              )
              Respondent.                     )
_____)

# ORDER

On August 23, 2011, the petitioner, Andre Covington ("petitioner"), proceeding pro se, filed

this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. # 1). The case was

referred to United States Magistrate Judge Shiva V. Hodges pursuant to the provisions of 28 U.S.C.

§ 636(b)(1)(B) and Local Rule 73.02(B)(2), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the

Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. # 19).

On January 4, 2012, the Magistrate Judge issued the Report. In the Report, the Magistrate Judge

recommends that the District Court dismiss this case without prejudice and without issuance and

service of process. (Doc. # 19). The petitioner filed no objections to the Report. Objections were

due on January 23, 2012.

This Court is charged with conducting a de novo review of any portion of the Magistrate

Judge's Report and Recommendation to which a specific objection is registered, and may accept,

reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. §

636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this

1

Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. It is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED**. (Doc. # 19). For the reasons articulated by the Magistrate Judge, this case is **DISMISSED** without prejudice and without issuance and service of process.

**IT IS SO ORDERED**.

    s/Terry L. Wooten
United States District Judge

March 23, 2012
Florence, South Carolina